UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-10 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| ROBERT THOMAS CECHINI. | |
| Defendant. | |

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 28, 2019.

For reasons stated on the record:

IT IS HEREBY ORDERED that Defendant be detained pending further proceedings in this matter.

Defendant may request a hearing on the issue of detention at a later date.

IT IS ORDERED.

Date: June 28, 2019            /s/ *Maarten Vermaat*
                               MAARTEN VERMAAT
                               U.S. MAGISTRATE JUDGE